FILED
DEC 07 2007
DEC 07, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE NOLAN**

07CR815

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
SUPERSEDING INFORMATION
DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**JUDGE PALLMEYER**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO **X** YES ☐ If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐ YES ☒ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   07CR 815   US v. John Schwab, etal   Pallmeyer

3) Is this a re-filing of a previously dismissed indictment or information?                                        NO **X**   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO **X**   YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?         NO **X**   YES ☐

6) What level of offense is this indictment or information?                                     **FELONY X**   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**                    NO **X**   YES ☐

8) Does this indictment or information include a conspiracy count?                              NO **X**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ............ (II) | X Income Tax Fraud ......... (II) | ☐ DAPCA Controlled Substances ... (III) |
   | ☐ Criminal Antitrust ..... (II) | X Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses ... (IV) |
   | ☐ Bank robbery ......... (II) | X Other Fraud ............ (III) | ☐ Immigration Laws .......... (IV) |
   | ☐ Post Office Robbery .... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws .... (IV) |
   | ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws .......... (IV) |
   | ☐ Assault ............. (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act ......... (IV) |
   | ☐ Burglary ........... (IV) | ☐ Counterfeiting ......... (III) | ☐ Selective Service Act ....... (IV) |
   | ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ........... (II) | ☐ Obscene Mail ........... (III) |
   | ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ....... (III) |
   | ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    18, U.S.C. § 1341, 1343 and 1346; 26, U.S.C. § 7206(1)

    LAURIE J. BARSELLA
    FARIS HUSSEIN
    Assistant United States Attorneys

(Revised 12/99)