## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 07 CR 815

UNITED STATES OF AMERICA

v.

DONALD RALLS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DONALD RALLS

| NAME (Type or print) |
| --- |
| Terence H. Campbell |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Terence H. Campbell |

| FIRM |
| --- |
| Cotsirilos, Tighe & Streicker |

| STREET ADDRESS |
| --- |
| 33 North Dearborn Street, Suite 600 |

| CITY/STATE/ZIP |
| --- |
| Chicago,  Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
| --- | --- |
| 06228959 | 312/263-0345 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ✓        APPOINTED COUNSEL |