# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 2 | **DATE** | 1/14/2008 |
| **CASE TITLE** | USA vs. Donald Ralls | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant Donald Ralls enters plea of guilty to Count 12s. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation office for a presentence investigation. Sentencing set for 5/2/2008 at 12:00. Defendant released on $4500 OR Bond.

Docketing to mail notices.

00:29

| | Courtroom Deputy Initials: | ETV |
|---|---|---|