**FILED**
January 14, 2008
~~JAN 1 4 2008~~

AO 455 (Rev. 5/85) Waiver of Indictment

JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT

___NORTHERN___ DISTRICT OF ___ILLINOIS, EASTERN DIVISION___

UNITED STATES OF AMERICA

v.

DONALD RALLS

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 07 CR 815 -- 2

I, __Donald Ralls__, the above named defendant, who is accused of

violating 26 U.S.C. § 7206(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Jan. 14, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         *Judicial Officer*