# EXHIBIT A

**Christina (Ralls) D'Andrea**
3 N 655 Oakmont Drive
Elburn, IL 60119
H (630) 513-7068

---

April 11, 2008

To Whom It May Concern:

I am writing to you regarding my father, Donald Ralls, in hopes that you will take this letter into consideration when deciding how to proceed.

I am Donald's oldest child. I am married and have 4 children ranging in age from 2 years old to 9 years old. As I'm sure you understand, raising four children is a difficult and challenging task. My father has always been an incredible help in this. He is always there when I need him and I can count on him to drop everything and deal with any situation I need him to.

Since his retirement, my children and I have had the opportunity to spend more quality time with him. He makes a point of being at my home at least 3 times a week just to spend time with his grandchildren. He baby sits on a regular basis. He is a very important part of my children's lives. Whenever he is around, my sons, Christian (2 years old) and Dylan (3 years old), will only go to him. My older children, Benjamin (6 years old) and Taylor (9 years old) are finally mature enough to truly enjoy the time they spend with him.

Please take this into consideration when deciding how to proceed. Any time away from his grandchildren will certainly affect their lives. They are too young to understand what is happening and would definitely miss their grandfather. In this day and age, with all that is happening in the world with violence, I would hope that you would consider him as a role model to my children.

Anything you can do to minimize the time he spends away from his grandchildren would be truly appreciated. This is precious time that they will not be able to get back.

Sincerely yours,

*Christina D'Andrea* (signature)

Christina D'Andrea

# EXHIBIT B

April 14, 2008

Dear Your Honor,

I am writing you to tell you about an amazing man. He is my father. I could not have been born to a better father. He is the rock in my life and my family. He has been so supportive in my life. He never judges and never looks down on me. I have made many mistakes as a son and he turns every one of those into a learning experience. I never have to worry about him being there for me.

He is the most caring and loving soul I know. He is a father, a grandfather, and truly my friend. I have gotten the chance to see him become a grandfather and the way that those kids look up to him is astounding. It is like they can't live without him. They see no one else around. That is the kind of person I could only aspire to be. I try to live my life by his example.

He is a leader and definitely leads my family. We can't live without him. There is not a day in my life where I don't talk to him or use the knowledge he gives me. You see I need him and so does my family. I can't see my life without him in it everyday. I hope that you know that this man is so gentle and caring that he could never hurt a fly. I could honestly say that this family would be devastated without him. He is our glue. His grandchildren do not see a life without him and neither do I. Please know that my father means no harm and could do no wrong in my eyes. I just hope and pray that you will see that.

My only wish is that this had never happened and that I could turn out to be half the man he is. I am asking to please use a heavy heart in response to this very loving and caring man. A letter from a very loving son.

Thank you,

*[signature]*

Anthony Ralls

# EXHIBIT C

April 21, 2008

Honorable Rebecca R. Pallmeyer
United States District Court
219 S. Dearborn
Chicago, IL  60604

Your Honor,

I am writing this letter so you will know my husband, Donald Ralls, a little better.  Donny is one of the kindest, most giving, and loving person's.  He always helps every one.  Our next door neighbor is an older man and he is alone, Donny goes over to check on him all the time, he brings him food, and helps him around the yard.  His flag was frayed, so he went and bought him a new flag.  The people across the street do not have very much money, they were expecting another child and could not afford to buy a bed for their older child, Donny gave them a bunk bed set, also gave the little girl toys that our grand daughter had out grown.  He seems to give to every charity that mails asking for donations, especially if they are supporting children.

He mails cards for every holiday, not just Christmas.  On Mothers day he sends all the women in our families, mother's day cards.  For Christmas he makes sure every child in both our families has a gift.  He is a great father and helps his children in all their endeavors.  Our sons both have an alcohol and drug problem, we have helped them through rehab programs.  And while they were away Donny would send them care packages every week with their favorite things, food, shirts, hats, and put a card of encouragement in with the package.  My daughter will call that she needs Papa to watch the kids, and he runs to watch them and they are 4 grandchildren.  He has never refused any request from his children, and is always there for them.  I tell him sometimes he has to let go and let them be on their own, but he never refuses.

Donny, and both our sons, have by-polar depression.  At the time that all these things happened, we had separated and he struggling with something we couldn't identify or understand.  I know that he developed a relationship with another woman.  He totally changed and was not himself.  He was drinking and really did not know what he was doing to himself and his

family. Something was wrong with him. It seemed that life had become too much for him to cope with. He was trying to find happiness, but he never did. He had filed for divorce, but then never went through with it. It was so funny that here he was divorcing me and sending me cards for every holiday, even Valentines day, Sweetest day, Easter, Thanksgiving, on and on. I felt torn to shreds, because I still loved him very much, and kept telling myself that this was not the person I had loved all my life. Then, the day before Easter, 2003, my lawyer called and said congratulations your husband called off the divorce. On Easter Sunday he was at my door asking me if I would go the Mass with him. My Donny was back.

I forgave him for what he had put me through. But you see that was so easy, I forgave him instantly, because he was back to his old self. I now know that Donny was suffering from a deep depression but he fought his way back to being the kind, loving, and helpful he had always been. He still has to fight depression and he doesn't like how the drugs he needs to take make him feel. But this whole process has made both of us stronger and we know that Donny must always take care of himself.

Now our whole focus is caring for and helping our sons. Anthony has very serious problems. I don't know what I would do without Donny. I don't know if I can handle everything we have to deal with without him. I have been praying everyday that your Honor will not send him to prison. My sons and I need him to be home. Please have mercy on Donny and my family.

Thank you,

*Domenica Ralls*
Domenica Ralls

# EXHIBIT D

Your Honor,

I am writing this letter to describe the character of my Father, Donald Ralls Senior. I am Donald Junior and I would like to write about some of the wonderful things my Father has done for me throughout my life of 34 years. As a child, my Father set a great example for myself and my siblings. Although he worked a lot, he always made sure we were taken care of in many aspects. I recall him doing laundry, cleaning, cooking, and all other things that good parents do for their children. He tried his best to try and provide all of the things that we wanted as kids. He took part in my athletics, schoolwork, and other social activities. He is my hero, my friend, and above all My Father who I love very much. I have made some poor decisions in my life, but no matter what I've done, my Dad has always supported and guided me the best he could. He worked extra hours and held several different jobs to ensure that we had a good education and to be able to participate in social events like dances and other things people do in their lives. I have not always taken his advice, but I sure wish that I had. I now see that he was just being a good Father and teaching me how to become a good man. In more recent years my Dad has supported me through alcohol and drug rehabilitation. Without his sincere support and help, I know that my life would not be the way it is today, and I am very grateful to him and my Mother. My Dad had a tragic childhood, but he never gave up and has certainly made sure that we have had a better life. At the present time I don't have a drivers' license and my Dad drives me to school and to AA meetings, among most other places I need to go. My life would not be the same without him.

Sincerely,

Donald A. Ralls

*Donald A Ralls*

# EXHIBIT E



SouthCoast RECOVERY
...it's about life

– *Certificate of Completion* –

is hereby granted to

*Anthony Ralls*

to certify satisfactory completion of our
90 Day Residential Treatment Program
Granted this 18th day of February, 2008

Krishna Jessick - Program Director

# EXHIBIT F

April 21, 2008

Honorable Rebecca R. Pallmeyer
United States District Court
219 S. Dearborn
Chicago, IL 60604

Dear Judge Pallmeyer:

    I cannot tell you how sorry I am and how ashamed I am that I violated the laws of our country. I love our country. I was always proud that I served my country in Vietnam, even though when I came home a lot of people looked down on my service and the service of others who served too. Some of the guys who served with me read about my crime in federal court and I am very ashamed. I have apologized to them and to my wife and family for what I did.

    I know what I did was stupid. Sometimes it was petty. We took things from the village garage for our cars and homes like windshield wipers, oil, car parts, clamps, and hoses.  We also got cleaning products, paper towels and even toilet paper. Sometimes we would put items for our cars on the order placed by the village with vendors and we knew the vendors would charge the village for those items. I also accepted gifts from some of the vendors, including a VCR and a TV. Later one of the vendors allowed me to charge things to his credit card and I charged things like airfares and clothing that the vendor paid for. I believe he even let me do that after I retired from the village. I also accepted a few hundred dollars from the vendor on a couple of occasions.  And I didn't include any of the money or items on my tax returns.

    I knew it was wrong. I knew better. And that's why I am so ashamed and sorry.  I know I betrayed the public's trust and I dishonored my service to our country by violating our country's laws.  I told my family about this and thank God they have been very forgiving and supportive. I love my family more than anything in the world.

    I have been asking myself why I did what I did. I have a hard time answering that question.  I know that during that time I was having a really hard time. It was difficult period in my life. I was separated from my wife. I began a relationship with another woman. I now know that I was suffering from depression.  When I was going through my difficulties with Domenica, I still tried

to support my sons whenever they needed money. At first it started as me and others just taking small items available to us in the village garage to use on our cars or in our homes. But, later when we were separated, and because Domenica always made more than I did, a lot of the things I took for the village and got from the vendors helped take some of the pressure off me. But I am not looking for excuses. I know I am responsible for my actions. And I promise that I will never do anything I know to be wrong again as long as I live.

Judge Pallmeyer, I am strong. I can handle whatever punishment I get. So as I have been waiting for my sentence, I haven't been afraid for myself. I know I'll be all right. But I am very afraid for my wife Domenica and our son, Anthony. He is very troubled. He has had mental problems and drug problems for a long time. He has attempted suicide several times. Domenica and I have done and will always do whatever we can to help Anthony.

Last year we spent a lot of money to have him treated in a residential treatment program in California for three months . He finished the program and came home in February. We want him to live with us so we can watch him and help him and take care of him. We were so happy he successfully completed the program and thought maybe he could finally put his problems behind him. Our other son, Don, Jr., who also has had issues with bi-polar disease and alcoholism, was completing a year of sobriety and we all hoped that our entire family was on the road to recovery. But not long after Anthony came home he again tried killing himself. That really crushed our hopes and we are again even more worried than before he went in for treatment that he won't be able to take care of himself. Domenica and I are again on high alert to watch out for him.

I have prayed that my legal problems would not aggravate my children's problems. I don't think they have, but I can't help thinking that my problems have affected my children.

Your Honor, the only thing I am afraid of is that I will not be able to be there to help Anthony and his mother. That is the thing that scares me. I only hope that you will not send me to prison so I can be home and help care for my son who l love very much.

Sincerely,

*D. Ralls*

Donald Ralls